WILLIAM E. DUFF, etc., Respondent, v. HACKLEY-SIDWELL, S. A., Appellant.— Motion for stay granted on condition that the appellant perfect the appeal and bring the case on for argument on Friday, February 16, 1923, for which day this case is set down; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

GREENPOINT NATIONAL BANK, Respondent, v. CHARLES L. GILBERT, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

CLEMENS HEINER, as Administrator, etc., of OTTO HEINER, Deceased, Appellant, v. THE GREENWICH SAVINGS BANK and MARY LEITZ, Respondents.— Motion to dismiss appeal denied on condition that appellant pay ten dollars costs within ten days, perfect the appeal for the April term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

In the Matter of the Application of MARY ISENBARTH, for a Mandamus Order against MICHAEL BARTNETT, as Inspector of Buildings of the City of New Rochelle.— Motion for reargument denied, without costs. Present — Kelly, P. J., Jaycox, Kelby and Kapper, JJ.; Young, J., taking no part.

In the Matter of the Arbitration between MICHAEL F. PRIORE, Contractor, and ARTHUR F. SCHERMERHORN, Owner.— Motion for reargument granted; and upon such reargument the judgment is further modified by striking therefrom the requirement that the contractor shall deliver a general release to the owner. As so modified, judgment affirmed, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

In the Matter of the Application of THE PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, etc., Relative to Acquiring Certain Easements, etc., at Fulton, Willoughby and Adams Streets, etc.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby and Young, JJ.; Kapper, J., taking no part.

In the Matter of the Application of BYRON S. WAITE for Admission to the Bar. (From the State of Michigan.) — Application granted. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

JOHN J. KANE, as Administrator, etc., of NELLIE KANE, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

GEORGE KUEHNLE, Respondent, v. C. E. JOHANSSON, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby and Kapper, JJ.; Young, J., taking no part.

EDWARD LEWIS, Appellant, v. FRANCIS A. LUDLAM, Respondent.— Motion for stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ. Settle order on notice.